People of State of Illinois, Defendants in Error, v. Ralph Neal, Plaintiff in Error.

Gen. No. 46,843. (Abstract of Decision.)

First District, First Division.
April 2, 1956.
Released for publication April 30, 1956.

William J. Callahan, and Merritt R. Kotin, for plaintiff in error; John Gutknecht, State's Attorney of Cook county, for defendant in error; Gordon Nash, Charles D. Snewind, William S. White. and Francis X. Riley, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.